JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KATHLEEN M. H.,[1]

    Plaintiff,

  v.

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

    Defendant.

Case No.  EDCV 20-2094-RAO

**JUDGMENT**

  In accordance with the Memorandum Opinion and Order filed concurrently herewith,

  IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: February 14, 2022

       /s/
      ROZELLA A. OLIVER
      UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.